Certificate Number: 14912-CAC-DE-037028610

Bankruptcy Case Number: 22-14508



14912-CAC-DE-037028610

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2022, at 11:55 o'clock PM EST, Charlie Hernandez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: December 7, 2022

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor