| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Charlie Hernandez | CASE NO.: 6:22-bk-14508 |
|---|---|
| | CHAPTER: Chapter 7 |
| Debtor(s). | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (_Check only ONE box below_):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. _(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)_

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/12/2022    Charlie Hernandez    [Signature]
                    Printed name of Debtor 1    Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (_Check only ONE box below_):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. _(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)_

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

### Paystub 1

**PERSONAL AND CHECK INFORMATION**
Charlie Hernandez
7791 Philbin Ave #2
Riverside, CA 92503
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 28

**Home Department:** 2 Field-Beaumont / 2 Beaumont

**Pay Period:** 09/25/22 **to** 10/01/22
**Check Date:** 10/07/22    **Check #:** 2975

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 711 | 1214.15 | 40431.57 |
| **NET PAY** | **1214.15** | **40431.57** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Combo Reg (3) | 9.00 | 48.2000 | 433.80 | 317.00 | 14943.25 |
| | Prevail Reg (1) | 23.00 | 48.2000 | 1108.60 | 957.75 | 44982.75 |
| | Combo OT (4) | 3.00 | 72.3000 | 216.90 | 92.25 | 6572.49 |
| | Prevail OT (2) | 8.50 | 72.3000 | 614.55 | 297.25 | 20921.49 |
| | Travel OT (5) | 3.00 | 48.2000 | 144.60 | 36.50 | 1727.80 |
| | **Total Hours** | 46.50 | | | 1700.75 | |
| | **Gross Earnings** | | | 2518.45 | | 89147.78 |
| | **Total Hrs Worked** | 46.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 156.14 | 5527.16 |
| Medicare | | 36.51 | 1292.64 |
| Fed Income Tax | S 0 | 465.80 | 15943.64 |
| CA Income Tax | SMI2 0 0 | 184.77 | 6181.84 |
| CA Disability | | 27.70 | 980.62 |
| **TOTAL** | | 870.92 | 29925.90 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Support | 433.38 | 18790.31 |
| **TOTAL** | 433.38 | 18790.31 |

---

### Paystub 2

**PERSONAL AND CHECK INFORMATION**
Charlie Hernandez
7791 Philbin Ave #2
Riverside, CA 92503
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 28

**Home Department:** 2 Field-Beaumont / 2 Beaumont

**Pay Period:** 10/02/22 **to** 10/08/22
**Check Date:** 10/14/22    **Check #:** 3037

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 711 | 1275.96 | 41707.53 |
| **NET PAY** | **1275.96** | **41707.53** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Combo Reg (3) | 29.50 | 48.2000 | 1421.90 | 346.50 | 16365.15 |
| | Prevail Reg (1) | 10.50 | 48.2000 | 506.10 | 968.25 | 45488.85 |
| | Combo OT (4) | 3.00 | 72.3000 | 216.90 | 95.25 | 6789.39 |
| | Prevail OT (2) | 5.00 | 72.3000 | 361.50 | 302.25 | 21282.99 |
| | Travel OT (5) | 2.50 | 48.2000 | 120.50 | 39.00 | 1848.30 |
| | **Total Hours** | 50.50 | | | 1751.25 | |
| | **Gross Earnings** | | | 2626.90 | | 91774.68 |
| | **Total Hrs Worked** | 50.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 162.87 | 5690.03 |
| Medicare | | 38.09 | 1330.73 |
| Fed Income Tax | S 0 | 491.83 | 16435.47 |
| CA Income Tax | SMI2 0 0 | 195.87 | 6377.71 |
| CA Disability | | 28.90 | 1009.52 |
| **TOTAL** | | 917.56 | 30843.46 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Support | 433.38 | 19223.69 |
| **TOTAL** | 433.38 | 19223.69 |

## Paystub 1

**PERSONAL AND CHECK INFORMATION**
Charlie Hernandez
7791 Philbin Ave #2
Riverside, CA  92503
Soc Sec #: xxx-xx-xxxx     **Employee ID:** 28

**Home Department:** 2 Field-Beaumont / 2 Beaumont

**Pay Period:** 10/09/22 **to** 10/15/22
**Check Date:** 10/21/22    **Check #:** 3136

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 711 | 1413.38 | 43120.91 |
| **NET PAY** | **1413.38** | **43120.91** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | BASIS OF PAY RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Combo Reg (3) | 3.75 | 48.2000 | 180.75 | 350.25 | 16545.90 |
| Prevail Reg (1) | 36.25 | 48.2000 | 1747.25 | 1004.50 | 47236.10 |
| Prevail OT (2) | 13.00 | 72.3000 | 939.90 | 315.25 | 22222.89 |
| Combo OT (4) | | | | 95.25 | 6789.39 |
| Travel OT (5) | | | | 39.00 | 1848.30 |
| **Total Hours** | 53.00 | | | 1804.25 | |
| **Gross Earnings** | | | 2867.90 | | 94642.58 |
| **Total Hrs Worked** | 53.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 177.81 | 5867.84 |
| Medicare | | 41.59 | 1372.32 |
| Fed Income Tax | S 0 | 549.67 | 16985.14 |
| CA Income Tax | SMI2 0 0 | 220.52 | 6598.23 |
| CA Disability | | 31.55 | 1041.07 |
| **TOTAL** | | 1021.14 | 31864.60 |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Support | 433.38 | 19657.07 |
| **TOTAL** | 433.38 | 19657.07 |

## Paystub 2

**PERSONAL AND CHECK INFORMATION**
Charlie Hernandez
7791 Philbin Ave #2
Riverside, CA  92503
Soc Sec #: xxx-xx-xxxx     **Employee ID:** 28

**Home Department:** 2 Field-Beaumont / 2 Beaumont

**Pay Period:** 10/16/22 **to** 10/22/22
**Check Date:** 10/28/22    **Check #:** 3163

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 711 | 1207.26 | 44328.17 |
| **NET PAY** | **1207.26** | **44328.17** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | BASIS OF PAY RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Combo Reg (3) | 14.00 | 48.2000 | 674.80 | 364.25 | 17220.70 |
| Prevail Reg (1) | 26.00 | 48.2000 | 1253.20 | 1030.50 | 48489.30 |
| Prevail OT (2) | 8.00 | 72.3000 | 578.40 | 323.25 | 22801.29 |
| Combo OT (4) | | | | 95.25 | 6789.39 |
| Travel OT (5) | | | | 39.00 | 1848.30 |
| **Total Hours** | 48.00 | | | 1852.25 | |
| **Gross Earnings** | | | 2506.40 | | 97148.98 |
| **Total Hrs Worked** | 48.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 155.40 | 6023.24 |
| Medicare | | 36.34 | 1408.66 |
| Fed Income Tax | S 0 | 462.91 | 17448.05 |
| CA Income Tax | SMI2 0 0 | 183.54 | 6781.77 |
| CA Disability | | 27.57 | 1068.64 |
| **TOTAL** | | 865.76 | 32730.36 |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Support | 433.38 | 20090.45 |
| **TOTAL** | 433.38 | 20090.45 |

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Charlie Hernandez  7791 Philbin Ave #2  Riverside, CA 92503 | | | Combo Reg (3) | 21.00 | 48.2000 | 1012.20 | 385.25 | 18232.90 |
| | | | Prevail Reg (1) | 19.00 | 48.2000 | 915.80 | 1049.50 | 49405.10 |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 28 | | | Combo OT (4) | 4.50 | 72.3000 | 325.35 | 99.75 | 7114.74 |
| | | | Prevail OT (2) | 4.75 | 72.3000 | 343.43 | 328.00 | 23144.72 |
| **Home Department:** 2 Field-Beaumont / 2 Beaumont | | | Travel OT (5) | | | | 39.00 | 1848.30 |
| | | | **Total Hours** | 49.25 | | | 1901.50 | |
| **Pay Period:** 10/23/22 **to** 10/29/22 | | | **Gross Earnings** | | | 2596.78 | | 99745.76 |
| **Check Date:** 11/04/22    **Check #:** 3226 | | | **Total Hrs Worked** | 49.25 | | | | |

| NET PAY ALLOCATIONS | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | Social Security | | 161.00 | | 6184.24 |
| Check Amount | 0.00 | 0.00 | | Medicare | | 37.65 | | 1446.31 |
| Chkg 711 | 1258.80 | 45586.97 | | Fed Income Tax | S 0 | 484.60 | | 17932.65 |
| **NET PAY** | **1258.80** | **45586.97** | | CA Income Tax | SMI2 0 0 | 192.79 | | 6974.56 |
| | | | | CA Disability | | 28.56 | | 1097.20 |
| | | | | **TOTAL** | | 904.60 | | 33634.96 |
| | | | DEDUCTION | DESCRIPTION | | THIS PERIOD ($) | | YTD ($) |
| | | | | Child Support | | 433.38 | | 20523.83 |
| | | | | **TOTAL** | | 433.38 | | 20523.83 |

CHARLIE HERNANDEZ
7791 PHILBIN AVE #2
RIVERSIDE CA  92503

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Charlie Hernandez | | |
| 7791 Philbin Ave #2 | | |
| Riverside, CA  92503 | | |
| **Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 28 | | |
| **Home Department:** 2 Field-Beaumont/ 2 Beaumont | | |
| **Pay Period:** 10/30/22 to 11/05/22 | | |
| **Check Date:** 11/10/22     **Check #:** 3324 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 711 | 2090.21 | 47677.18 |
| **NET PAY** | **2090.21** | **47677.18** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Combo Reg (3) | 16.00 | 48.2000 | 771.20 | 401.25 | 19004.10 |
| | | Prevail Reg (1) | 24.00 | 48.2000 | 1156.80 | 1073.50 | 50561.90 |
| | | Combo OT (4) | 20.00 | 72.3000 | 1446.00 | 119.75 | 8560.74 |
| | | Prevail OT (2) | 11.00 | 72.3000 | 795.30 | 339.00 | 23940.02 |
| | | Travel OT (5) | | | | 39.00 | 1848.30 |
| | | **Total Hours** | 71.00 | | | 1972.50 | |
| | | **Gross Earnings** | | | 4169.30 | | 103915.06 |
| | | **Total Hrs Worked** | 71.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 258.49 | 6442.73 |
| | Medicare | | 60.46 | 1506.77 |
| | Fed Income Tax | S 0 | 927.24 | 18859.89 |
| | CA Income Tax | SMI2 0 0 | 353.66 | 7328.22 |
| | CA Disability | | 45.86 | 1143.06 |
| | **TOTAL** | | 1645.71 | 35280.67 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Child Support | 433.38 | 20957.21 |
| | **TOTAL** | 433.38 | 20957.21 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2090.21 | 47677.18 |

Payrolls by Paychex, Inc.

CHARLIE HERNANDEZ
7791 PHILBIN AVE #2
RIVERSIDE CA  92503

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Charlie Hernandez
7791 Philbin Ave #2
Riverside, CA  92503
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 28

**Home Department:** 2 Field-Beaumont/ 2 Beaumont

**Pay Period:** 11/06/22 to 11/12/22
**Check Date:** 11/18/22    **Check #:** 3350

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 711 | 966.77 | 48643.95 |
| **NET PAY** | **966.77** | **48643.95** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Combo Reg (3) | 3.50 | 48.2000 | 168.70 | 404.75 | 19172.80 |
| | Prevail Reg (1) | 28.50 | 48.2000 | 1373.70 | 1102.00 | 51935.60 |
| | Combo OT (4) | 0.50 | 72.3000 | 36.15 | 120.25 | 8596.89 |
| | Prevail OT (2) | 7.00 | 72.3000 | 506.10 | 346.00 | 24446.12 |
| | Travel OT (5) | | | | 39.00 | 1848.30 |
| | **Total Hours** | 39.50 | | | 2012.00 | |
| | **Gross Earnings** | | | 2084.65 | | 105999.71 |
| | **Total Hrs Worked** | 39.50 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 129.25 | 6571.98 |
| Medicare | | 30.23 | 1537.00 |
| Fed Income Tax | S 0 | 361.69 | 19221.58 |
| CA Income Tax | SMI2 0 0 | 140.40 | 7468.62 |
| CA Disability | | 22.93 | 1165.99 |
| **TOTAL** | | **684.50** | **35965.17** |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Child Support | 433.38 | 21390.59 |
| **TOTAL** | **433.38** | **21390.59** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 966.77 | 48643.95 |

Payrolls by Paychex, Inc.

CHARLIE HERNANDEZ
7791 PHILBIN AVE #2
RIVERSIDE CA 92503

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Charlie Hernandez | | | | | Combo Reg (3) | | | | 404.75 | 19172.80 |
| 7791 Philbin Ave #2 | | | | | Prevail Reg (1) | 24.00 | 48.2000 | 1156.80 | 1126.00 | 53092.40 |
| Riverside, CA 92503 | | | | | Prevail OT (2) | 5.00 | 72.3000 | 361.50 | 351.00 | 24807.62 |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 28 | | | | | Combo OT (4) | | | | 120.25 | 8596.89 |
| | | | | | Travel OT (5) | | | | 39.00 | 1848.30 |
| Home Department: 2 Field-Beaumont/ 2 Beaumont | | | | | Total Hours | 29.00 | | | 2041.00 | |
| | | | | | Gross Earnings | | | 1518.30 | | 107518.01 |
| Pay Period: 11/13/22 to 11/19/22 | | | | | Total Hrs Worked | 29.00 | | | | |
| Check Date: 11/25/22    Check #: 3409 | | | | | | | | | | |
| NET PAY ALLOCATIONS | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | Social Security | | | 94.14 | | 6666.12 |
| Check Amount | 0.00 | 0.00 | | | Medicare | | | 22.01 | | 1559.01 |
| Chkg 711 | 638.28 | 49282.23 | | | Fed Income Tax | S 0 | | 231.33 | | 19452.91 |
| NET PAY | 638.28 | 49282.23 | | | CA Income Tax | SMI2 0 0 | | 82.46 | | 7551.08 |
| | | | | | CA Disability | | | 16.70 | | 1182.69 |
| | | | | | TOTAL | | | 446.64 | | 36411.81 |
| | | | DEDUCTION | | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | | Child Support | | | 433.38 | | 21823.97 |
| | | | | | TOTAL | | | 433.38 | | 21823.97 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 638.28 | 49282.23 |

Payrolls by Paychex, Inc.

0942 1606-3746  SUPERIOR PAVEMENT MARKINGS INC • 5312 Cypress Street • Cypress CA 90630 • (714) 995-9100